for plaintiff. *William F. Reilly,* Public Defender, *Paul E. Kelley,* Asst. Public Defender, for defendant.

C. A. No. 75-46. STATE *v.* KEVIN GEORGE BOILY. Motion of State to dismiss appeal is denied pro forma. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 75-135. ERNEST H. GOULET *v.* EDWARD T. DALTON. PATRICIA MINECCI *v.* JAMES SIGNORELLI. Motion of State to affirm the judgment below is denied. The appellant's brief is rejected as not being in compliance with Sup. Ct. R. 16(a). The appellant is directed to file a new brief within 30 days of this order. *Aram K. Berberian,* for appellants. *Julius C. Michaelson,* Attorney General, *Alfred French Goldstein,* Special Asst. Attorney General, for appellees.